have been stricken. On a motion under rule 109 of the Rules of Civil Practice affidavits may not be considered. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

■

In the Matter of the Construction of the Will and Codicils of ARTHUR C. JAMES, Deceased. JAMES H. LARSON, as Executor of MAUD P. LARSON, Deceased, Appellant; WILLIAM D. CARMAN et al., as Executors of ARTHUR C. JAMES, Deceased, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to all parties appearing and filing briefs herein, payable out of the estate. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [199 Misc. 44.] [See *post*, p. 765.]

■

CARMEN SALVADOR, Appellant, v. FRED ASTAIRE DANCE STUDIOS CORPORATION, Respondent.— In the absence of schedules, plaintiff could make charges and pay wages as she saw fit, subject to whatever right defendant might have to require an increase. The lack of schedules did not make the agreement insufficient. The condition was one defendant might impose but was not essential to the contract. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [Order denied motion for summary judgment.]

■

BUSHWICK COMMISSION CO., INC., Respondent, v. JOHN COLEMAN, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [Judgment and order granted summary judgment as to second cause of action in complaint.] [See *post*, p. 765.]

■

BUSHWICK COMMISSION CO., INC., Respondents, v. JOHN COLEMAN, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [Judgment was rendered on first cause of action in complaint.]

■

MAX RABINOFF, Appellant-Respondent, v. WATKINS BODY CORPORATION, Respondent-Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag, and Heffernan, JJ.

■

ADOLPH KESTENBAUM, Respondent, v. A. ADLER FUR CORPORATION, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag, and Heffernan, JJ.

■

JOSEPH E. CURTIS et al., Respondents, v. CHARLES J. TOBIN et al., Appellants. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. The availability of the defense of privilege cannot be determined on the pleadings. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See *post*, p. 765.]